GEORGE J. BALSHAN et al., Respondents, *v.* THE STATE OF NEW YORK, Appellant.

(Argued December 1, 1930; decided January 6, 1931.)

*Hamilton Ward, Attorney-General (James Gibson* of counsel), for appellant.

*James V. Coffey, Joseph J. Casey* and *Charles J. Tobin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: POUND and O'BRIEN, J.